GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
Jennifer E. LaGrange
Assistant United States Attorney
California State Bar No. 238984
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jennifer.lagrange@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Keenan Sherman Johnson,<br><br>　　　　　Defendant. | No.　CR-21-08128-PCT-SPL (DMF)<br><br>**REDACTED INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A)<br>(CIR-Aggravated Sexual Abuse of a Child)<br>Count 1<br><br>18 U.S.C. §§ 1153, 2241(c), and 2246(2)(C)<br>(CIR-Aggravated Sexual Abuse of a Child)<br>Counts 2, 3, and 7<br><br>18 U.S.C. §§ 1153, 2241(c), and 2246(2)(D)<br>(CIR-Aggravated Sexual Abuse of a Child)<br>Counts 4 and 8<br><br>18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3)<br>(CIR-Abusive Sexual Contact of a Child)<br>Counts 5 and 6 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or between October 18, 2013 and April 14, 2016, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, defendant,

KEENAN SHERMAN JOHNSON, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved contact between the defendant's penis and the victim's vulva, upon penetration, however slight, which occurred on the couch in the defendant's living room.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2)(A).

## COUNT 2

On or between October 18, 2013 and April 14, 2016, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, defendant, KEENAN SHERMAN JOHNSON, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved penetration, however slight, of the victim's genital opening by the defendant's finger, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant, which occurred at the same time as Count 1.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2)(C).

## COUNT 3

On or between October 18, 2013 and April 14, 2016, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, defendant, KEENAN SHERMAN JOHNSON, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved penetration, however slight, of the victim's anus by the defendant, with an object, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant, which occurred at the same time as Count 1.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2)(C).

## COUNT 4

On or between October 18, 2013 and April 14, 2016, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, defendant, KEENAN SHERMAN JOHNSON, an Indian, did knowingly engage in and attempt to

engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved intentional touching, not through the clothing, of the victim's genitalia with the defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant, which occurred at the same time as Count 1.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2)(D).

### COUNT 5

On or between October 18, 2013 and April 14, 2016, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, defendant, KEENAN SHERMAN JOHNSON, an Indian, did knowingly engage in a sexual contact with the victim, Jane Doe, a child under the age of 12. The sexual contact involved intentional touching, directly and through the clothing, of the victim's genitalia and buttocks with the defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant, which occurred at the same time as Count 1.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(5), and 2246(3).

### COUNT 6

On or between October 18, 2013 and April 14, 2016, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, defendant, KEENAN SHERMAN JOHNSON, an Indian, did knowingly engage in a sexual contact with the victim, Jane Doe, a child under the age of 12. The sexual contact involved intentional touching, through the clothing, of the victim's genitalia and buttocks with the defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant, and which was the last time.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(5), and 2246(3).

### COUNT 7

On or between October 18, 2013 and April 14, 2016, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, defendant,

KEENAN SHERMAN JOHNSON, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved penetration, however slight, of the victim's genital opening by the defendant's finger, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant, which occurred in a room of defendant's home.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2)(C).

### COUNT 8

On or between October 18, 2013 and April 14, 2016, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, defendant, KEENAN SHERMAN JOHNSON, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved intentional touching, not through the clothing, of the victim's genitalia with the defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant, which occurred at the same time as Count 7.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2)(D).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 16, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona


/s/
JENNIFER E. LAGRANGE
Assistant U.S. Attorney